THEODORE JOHNSON, et al.,

*v.*

THE BOARD OF COMMISSIONERS OF SOMERVILLE.

---

*Mr. S. B. Ransom*, for appellant.

*Mr. J. J. Bergen*, for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the Vice-Chancellor in the case below. *6 Stew. Eq. 152.*